**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:**     **(406) 657-6101**
**FAX:**       **(406) 657-6989**
**Email:**     **Lori.Suek@usdoj.gov**

**FILED**

NOV 1 6 2017

Clerk, U S  District Court
District Of Montana
Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17- 127 -BLG- SPW** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **SECOND DEGREE MURDER**<br>**Title 18 U.S.C. §§ 1153(a) and 1111**<br>**(Penalty: Life imprisonment, $250,000 fine,**<br>**and five years of supervised release)** |
| **VERNELLE LYNN BADBEAR,** | |
| **Defendant.** | |

THE GRAND JURY CHARGES:

That on or about November 4, 2016, at mile marker 4 on Highway 451 near

Wyola, in the State and District of Montana and within the exterior boundaries of

the Crow Indian Reservation, being Indian Country, the defendant, VERNELLE

LYNN BADBEAR, an Indian person, unlawfully killed F.B., with malice

aforethought, in violation of 18 U.S.C. §§ 1153(a) and 1111.

1

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X_____
Bail: _____

2