UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

**RECEIVED**

2017 NOV 17 A 11: 18

US MARSHALS SERVICE
BILLINGS, MT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>vs.<br><br>VERNELLE LYNN BADBEAR,<br>                                      Defendant. | CR-17-127-BLG-SPW<br><br>**WARRANT FOR ARREST** |

TO:  UNITED STATES MARSHAL AND ANY
AUTHORIZED UNITED STATES OFFICER

---

        YOU ARE HEREBY COMMANDED to arrest VERNELLE LYNN BADBEAR and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging her with Second Degree Murder in violation of Title 18 United States Code, Section 1153(a) and 1111.

Assigned to: Lori Harper Suek

_Julie Collins_

Julie Collins, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 17th day of November, 2017

| RETURN | |
|---|---|
| **DATE RECEIVED:**                          LOCATION: | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** 12/21/2017<br>**LOCATION:** Lame Deer, Montana<br>**BY:** Kiffa Shirley (FBI)          **Deputy U.S. Marshal** | *Rod Ostermiller*<br>**ACTING**<br>**UNITED STATES MARSHAL** |