IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VERNELLE LYNN BADBEAR,<br><br>Defendant. | CR 17-127-BLG-SPW<br><br>**ORDER** |

Before the Court are Defendant's Motion for Detention Hearing and Unopposed Motion for Detention Hearing. (Docs. 15 and 16.) Counsel for Defendant has represented to the Court that the United States cannot accommodate the time and date requested in Defendant's earlier motion (Doc. 15), and that the time and date requested in her subsequent motion is acceptable to the United States. (Doc. 16.) Accordingly,

IT IS ORDERED that the Court will conduct a Detention Hearing in this matter on **Thursday, March 29, 2018, at 3:30 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that Defendant's Motion for Detention Hearing (Doc. 15) is **DENIED** as moot.

//

//

DATED this 16th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge