IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-127-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER SETTING CHANGE OF PLEA HEARING** |
| VERNELLE LYNN BADBEAR, | |
| Defendant. | |

Judge Watters has referred to the undersigned Defendant's Motion to Change Plea. (*See* Docs. 28, 29.)

Accordingly, IT IS ORDERED that, provided the parties consent, the Court will conduct a change of plea hearing on **October 11, 2018 at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 28th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge